| PROOF OF SERVICE | SUMMONS AND COMPLAINT<br>Case No. 13-98-NI |
|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ OFFICER CERTIFICATE | OR | ☑ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☑ I served personally a copy of the summons and complaint,

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
   List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Cargotec Oyj | Please See attached | 3/15/13 |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Mileage fee | Total fee | Signature: *Jenessa Moore* |
|---|---|---|---|---|
| $ | | $ | $ | Name (type or print): Jenessa Moore |
| | | | | Title: Legal Assistant |

Subscribed and sworn to before me on 5-16-13, OAKLAND ACTING IN WAYNE County, Michigan.
   Date

My commission expires: 2-15-19    Signature: *Yolanda Guajardo Mendoza*
   Date                              Deputy court clerk/Notary public

Notary public, State of Michigan, County of OAKLAND

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                           Attachments

_____ on _____
                                      Day, date, time

on behalf of _____

Signature

| Approved, SCAO | | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| STATE OF MICHIGAN<br>16th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | | SUMMONS AND COMPLAINT | CASE NO.<br>13-98-NI |

Court address: 40 N. Main Street, Mt. Clemens, Michigan 48043

Court telephone no.: 586-469-5150

**Plaintiff's name(s), address(es) and telephone no(s).**
JASON PRAVETTONE and
DANIELLE PRAVETTONE

v

**Defendant's name(s), address(es), and telephone no(s).**
CARGOTEC OYJ

**Plaintiff's attorney, bar no., address, and telephone no.**
VEN R. JOHNSON (P39219)
535 Griswold Street, Suite 2632
Detroit, Michigan 48226
(313) 324-8300

**SUMMONS** NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to **file an answer with the court** and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| February 19, 2013 | August 30, 2013 | Carmella Sabaugh |

*This summons is invalid unless served on or before its expiration date.
This document must be sealed by the seal of the court.

**COMPLAINT** Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

**Family Division Cases**
☒ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| City of Richmond, County of Macomb | County of Macomb |

Place where action arose or business conducted
County of Macomb

January 10, 2013
Date

Signature of attorney/plaintiff  VEN R. JOHNSON (P39219) w/ consent given to TBG

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) SUMMONS AND COMPLAINT    MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

**Monday, April 15, 2013**

JOHNSON LAW, PLC
Mr. Steven D. Brock
535 Griswold St., Ste. 2632
Buhl Building
Detroit, MI 48226

**ENCLOSED IS THE RESPONSE TO YOUR REQUEST IN THIS MATTER.**
**This does need to be filed with the court.**

| | |
|---|---|
| APS File #: | 267623-0001 |
| Your Ref #: | Pravettone |
| Case Name: | Pravettone v Cargotec Oyj |
| Defendant: | Cargotec Oyj |
| Country: | Finland |
| Person Served: | Antti Salmensuu |
| Title of Person Served (if applicable): | |
| Date Completed: | March 15, 2013 |

**MOTION TO QUASH/DISMISS:** Although rare, should you receive a Motion or if defense counsel raises allegations of insufficient process, please notify APS as soon as possible, so that our Legal Department can assist you in preparing a response to the Motion.

We have enjoyed this opportunity to work with you and remain ready to further assist you with service of process or discovery both domestically and abroad.

Thank you for using APS International and the Civil Action Group!

Sincerely,

Jeff Karsten -- Ext: 341
Email: JKarsten@CivilActionGroup.com

www.CivilActionGroup.com

*Providing quality lawyer services since 1969*



# Civil Action Group, Ltd.
7800 Glenroy Road
Minneapolis, MN 55439
Phone: 952.831.7776
Toll Free: 1.800.328.7171
Fax: 952.831.8150
Email: cag@civilactiongroup.com
www.civilactiongroup.com

## Company Profile
Civil Action Group, Ltd. is the largest full service legal support company in the world. Since 1968, CAG has provided the highest quality service to almost every large law firm in the U.S. This same superior level of service is provided to small and mid-size law firms, sole practitioners, corporations, insurance companies, and governmental agencies, both nationally and internationally. CAG was rated #1 by the U.S. Department of Justice for its technical capabilities, business design, and experience. CAG is in a unique position to provide the highest quality support services in today's legal market because we are managed and staffed by experienced lawyers, business executives, financial professionals, paralegals, and support staff who understand the necessity of professionalism and proficiency in serving client's needs.

## Services
CAG offers a wide array of legal support services under one roof and has earned the reputation as the "go to" company for completing these tasks professionally, efficiently, and cost-effectively. CAG services include:

- **National Service of Process**
- **International Service of Process**
- **Language Services—Translations and Interpreters**
- **Medical Records Retrieval and Document Repository**
- **Public & Private Records Retrieval**
- **Investigations, Surveillance, Fingerprinting**
- **Depositions, Court Reporting, & Videography**
- **Litigation Services Financing**
- **E-Discovery & Computer Forensics**

## Areas of Expertise

**International Service of Process** CAG has almost 30 years of experience dealing with issues relating to International Service of Process, in particular, the Hague Service Convention, Inter-American Convention, Letters Rogatory, Foreign Sovereign Immunities Act, and collection of Foreign Evidence. CAG has extensive knowledge and expertise in Country specific requirements not listed in the reservations/declarations/notifications for certain Hague Service Convention and Inter-American Convention countries; special requirements for certain Letter Rogatory countries; and Country specific restrictions that can affect service of U.S. legal documents in foreign countries; i.e., Japan's discovery restrictions, and Germany's objections to U.S. split recovery statutes as they relate to punitive damages.

**Translations** CAG's experienced translators can translate documents to and from almost any language in the world. Whether one page or 100,000 pages, CAG can accurately translate the document in a professional and expeditious manner. CAG can also provide high quality, court-ready English transcriptions. CAG is a Corporate Member of the *American Translators Association*.

**Document Retrieval**  With no call centers, CAG offers a boutique approach to client communication, case interest, and service.  CAG can retrieve all types of records, even those requiring authorization, including, but not limited to: medical records, itemized billing, radiology films/scans, pharmacy, employment, tax, workers comp, insurance, SSA, scholastic, and dental.  CAG's Medical Records Inc. division has 40+ years of managerial experience in record retrieval coordination and procurement.

**Document Repository**  The CAG HIPAA / FBI compliant on-line document repository is a valuable tool for accessing and sharing scanned images anywhere there is an internet connection.  Our document storage platform uses a folder structure for easy navigation and is security set by user to cover the varying levels of access and usage.

**National Service of Process and Investigations**  CAG has been providing fast, courteous, and cost-effective service of process in every U.S. state since 1968.  No other process serving company can provide you with better nationwide service of process.  In addition, CAG's investigative services can assist in locating defendants, witnesses and assets nationwide.  Our professional, licensed, insured private investigators use state-of-the-art technology to investigate anybody, anything, anytime, anywhere!

**Computer Forensics and E-Discovery**  Legal Computer Forensic Services, a division of CAG, provides professional forensic services to the legal community, governmental entities and the private sector.  Our experienced digital evidence specialists, using the most advanced forensic hardware and software, can assist in e-discovery; electronic evidence recovery; computer forensic exams/reports; professional court testimony; data recovery; internet/email abuse investigations; identity theft occurrences; and employee computer analysis including supplemental evidential materials for civil cases, criminal cases, employment matters and corporate security issues.  We ensure compliance with the collection, analysis, reporting, presentation and preservation of digital evidence.

## Experience
CAG, through its various operating divisions, has provided support services in some of the world's largest litigation projects, including:

- Chinese Drywall
- BP Oil Spill
- Toyota Recalls
- Breast Implants
- Stents
- HRT
- Pacemakers
- Mirapex
- Genetically Engineered Rice & Contamination Litigation

- Honda ATVs
- Pedicle Screws
- Seatbelt litigation
- Immunization
- Silzone
- Fosamax
- Avandia
- Rezulin

- Clerical Sex Abuse
- MCI Securities Litigation
- Norplant / Yaz / Ortho Evra
- Chocolate Price Fixing
- Ebbers / WorldCom Fraud
- Showa Denko (L-Tryptophan)
- Bridgestone / Firestone Tire Tread Separation
- Refrigerant Compressors Antitrust Litigation

- Securities Fraud
- Artificial Sweeteners
- Pharmaceuticals
- Sulzer / Zimmer Hip
- Fen Phen / Redux
- Tobacco Litigation
- Asbestos & more!

## The Civil Action Group of Corporate Entities
Civil Action Group, Ltd., APS International, Ltd., Medical Records, Inc., Legal Computer Forensic Services, LLC, Civil Action Finance, Ltd., and Fingerprint International.


Civil Action Group, Ltd., 7800 Glenroy Road, Minneapolis, MN 55439

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Michigan

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Oikeusministeriö

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

0 6. 03. 2013

OM 52 /721 /2013

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | **MINISTRY OF JUSTICE**<br>Eteläesplanadi 10<br>FIN-00130 Helsinki<br>Finland |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*     Cargotec Oyj
Porkkalankatu 5, FI-00501 Helsinki, Finland

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons
Complaint and Jury Demand
Translations

Done at
*Fait à*    Minneapolis, Minnesota, U.S.A.     , the
    *le* 1 March 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)     USM-94
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267623 - 1

Case Name: Pravettone v. Cargotec Oyj
Defendant: Cargotec Oyj
Court Case No.: 13-98-NI

**CERTIFICATE**
*ATTESTATION*

OM 52/721/2013

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date) / *le (date)*: 15 March 2013
- at (place, street, number) / *à (localité, rue numéro)*: Helsinki

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
      *b) selon la forme particulière suivante:*

  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
      *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person) / *(identité et qualité de la personne)*: Cargotec Oyj / by proxy Antti Salmensuu in person

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons, Complaint and Jury Demand, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à*: Helsinki, the / *le*: 22.3.2013

Signature and/or stamp.
*Signature et/ou cachet.*

Legal Adviser Maija Leppä

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

267623-1

HELSINKI DISTRICT COURT  
PORKKALANKATU 13  
00180 Helsinki

OM 52/721/2013

3.13.2013    00015668

CARGOTEC OYJ / EXECUTIVE BOARD

P1 61

00501 Helsinki

A Service of Notice has been filed for you at the District Court.  
Please contact the undersigned by 3.19.2013.  
or fetch the document from the following address.

Street address:    Porkkalankatu 13,  00180 Helsinki.

Hours: Mon-Fri 8:00 am - 4:15 pm

Process server:    OLIJSLAGER CHRISTOPHER  
Telephone: 029 5644924, 050 4121451  
christopher.olijslager@oikeus.fi

With the following power of attorney you may authorize another person to receive the service of notice on your behalf. An authorized representative must bring along the original power of attorney.

POWER OF ATTORNEY

I/we authorize *Antti Salmensuu* to receive writs of summons and services of notice addressed to our corporation.

CARGOTEC OYJ / EXECUTIVE BOARD

*Helsinki 3.14.2013*  
Place and time

[*signature*] Outi Aaltonen  
Assignor signature and name in block letters

*holder of procuration*  
position in company/corporation

[*signature*] [*Mikael illegible name*]  
Assignor signature and name in block letters

*holder of procuration*  
position in company/corporation

```
HELSINGIN KÄRÄJÄOIKEUS              OM 52/721/2013
PORKKALANKATU 13
00180 Helsinki
                                    13.3.2013         00015668
```

 

```
CARGOTEC OYJ / HALLITUS

Pl 61

00501 Helsinki
```



Teille on tiedoksianto käräjäoikeudessa.
Pyydän ottamaan yhteyttä allekirjoittaneeseen
viimeistään 19.3.2013.
tai noutamaan asiakirjan alla olevasta osoitteesta.

Käyntiosoite:  Porkkalankatu 13, 00180 Helsinki.

Päivystys ma-pe klo 8.00 - 16.15

Haastemies:   OLIJSLAGER CHRISTOPHER
Puhelin: 029 5644924, 050 4121451
  christopher.olijslager@oikeus.fi

Voitte valtuuttaa alla olevalla valtakirjalla jonkun muun
puolestanne vastaanottamaan tiedoksiannon.
Valtuutetulla on oltava mukanaan alkuperäinen valtakirja.

*POWER OF ATTORNEY*

**VALTAKIRJA**

Valtuutan/valtuutamme _Antti Salmensuun_____
vastaanottamaan yhteisöllemme osoitettuja haasteita
ja tiedoksiantoja.

CARGOTEC OYJ / HALLITUS

_Helsinki 14.3.2013_
Paikka ja aika

_[signature]_ Outi Aaltonen
Valtuuttajan allekirjoitus ja nimen selvennys

_[signature]_
asema yhtiössä/yhteisössä

_[signature]_ Mikael Mäkinen
Valtuuttajan allekirjoitus ja nimen selvennys

_Mvokansh_
asema yhtiössä/yhteisössä