| PROOF OF SERVICE | SUMMONS AND COMPLAINT |
|---|---|
| | Case No.   13-98-NI |

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ OFFICER CERTIFICATE | OR | ☑ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☑ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,

together with _____
List all documents served with the Summons and Complaint

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Olsberg Hydraulics AB | Please see attached | 3/19/13 |
| | | |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee | Miles traveled | Mileage fee | Total fee | Signature |
|---|---|---|---|---|
| $ | | $ | $ | Jenessa Moore |

Name (type or print): Jenessa Moore
Title: Legal Assistant

Subscribed and sworn to before me on  5-16-13 , OAKLAND ACTING IN WAYNE County, Michigan.
My commission expires:  2-15-19
Signature: Yolanda Guajardo Mendoza
Deputy court clerk/Notary public
Notary public, State of Michigan, County of  OAKLAND

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Day, date, time

on behalf of _____

Signature

| Approved, SCAO | | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|
| STATE OF MICHIGAN<br>16th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | | SUMMONS AND COMPLAINT | CASE NO.<br>13-98-NI |

Court address: 40 N. Main Street, Mt. Clemens, Michigan 48043

Court telephone no.

**Plaintiff's name(s), address(es) and telephone no(s).**
JASON PRAVETTONE and
DANIELLE PRAVETTONE

v

**Defendant's name(s), address(es), and telephone no(s).**
OLSBERGS HYDRAULICS AB

**Plaintiff's attorney, bar no., address, and telephone no.**
VEN R. JOHNSON (P39219)
535 Griswold Street, Suite 2632
Detroit, Michigan 48226
(313) 324-8300

### SUMMONS

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons to file an answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| February 19, 2013 | August 30, 2013 | Cornelius Sasagh |

*This summons is invalid unless served on or before its expiration date.

This document must be sealed by the seal of the court.

### COMPLAINT

*Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**

☒ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.

☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.

The action ☐ remains  ☐ is no longer  pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

**General Civil Cases**

☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.

The action ☐ remains  ☐ is no longer  pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| | | |

### VENUE

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| City of Richmond, County of Macomb | County of Macomb |

Place where action arose or business conducted
County of Macomb

January 10, 2013
Date

Signature of attorney/plaintiff  Ven Johnson w/ consent given to TBG  VEN R. JOHNSON (P39219)

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you to fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (3/08) SUMMONS AND COMPLAINT    MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a),(b), MCR 3.206(A)

APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

**Monday, April 15, 2013**

JOHNSON LAW, PLC
Mr. Steven D. Brock
535 Griswold St., Ste. 2632
Buhl Building
Detroit, MI 48226

**ENCLOSED IS THE RESPONSE TO YOUR REQUEST IN THIS MATTER.**
*This does need to be filed with the court.*

| | |
|---|---|
| APS File #: | 267623-0003 |
| Your Ref #: | Pravettone |
| Case Name: | Pravettone v Cargotec Oyj |
| Defendant: | Olsbergs Hydraulics AB |
| Country: | Sweden |
| Person Served: | Christina Henriksson |
| Title of Person Served (if applicable): | |
| Date Completed: | March 19, 2013 |

**MOTION TO QUASH/DISMISS:** Although rare, should you receive a Motion or if defense counsel raises allegations of insufficient process, please notify APS as soon as possible, so that our Legal Department can assist you in preparing a response to the Motion.

We have enjoyed this opportunity to work with you and remain ready to further assist you with service of process or discovery both domestically and abroad.

Thank you for using APS International and the Civil Action Group!

Sincerely,

Jeff Karsten -- Ext. 341
Email: JKarsten@CivilActionGroup.com

www.CivilActionGroup.com

*Providing quality lawyer services since 1969*

HAGUE CONVENTION 15 NOVEMBER 1965 ON THE SERVICE ABROAD OF JUDICIAL AND EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS

<u>Your Ref. 13-98-NI</u>
<u>Our Ref. JuBC2013/791/BIRS</u>

### CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

- the (date)            19 March 2013

- at (place, street, number)    575 21 EKSJÖ, BOX 17

- in one of the following methods authorised by article 5

    (a) In accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

    (b) in accordance with the following particular method*

☒ (c) by delivery to the addressee, who accepted it voluntarily*,

The documents referred to in the request have been delivered to:

- (identity and description of person)         <u>Christina Henriksson</u>
- relationship to the addressee (family, business or other): <u>Authorized to sign for Olsbergs Hydraulics Aktiebolag</u>

2) that the document has not been served, by reason of the following facts*


In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

Annexes

Documents returned:


In appropriate cases, documents establishing the service:      Stockholm 2 April 2013
<u>**As listed on Request**</u>

                                                       Signature and/or stamp

------------------------------
Delete if inappropriate

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Michigan

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>Division for Criminal Cases and International<br>Judicial Cooperation (BIRS)<br>Rosenbad 4<br>SE-103 33 Stockholm<br>Sweden |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(Identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*    Olsbergs Hydraulics AB
Maskingatan 3, 575 36 Eksjö, Sweden

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b);*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons
Complaint and Jury Demand
Translations

Done at    Minneapolis, Minnesota, U.S.A.    , the 6 March 2013
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94
    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267623 - 3

[Seal]

| | |
|---|---|
| GOVERNMENT OFFICES | ACKNOWLEDGEMENT OF SERVICE<br>Registration No.: JuBC2013/791/BIRS |

**Ministry of Justice**

*Division for Criminal Cases and*
*International Judicial Cooperation (BIRS)*
*Central Authority*
*Phone +46 08-4054500*
*Fax +46 08-4054676*
*E-post birs@regeringskansliet.se*

Legal entity to be served:
Olsbergs Hydraulics Aktiebolag 556191-4101
BOX 17
575 21 EKSJÖ

Letter signed for:
(*Signature*)

The letter has been handed over to:

[x] Authorized representative

Receiver's name and connection to served entity/job title:

[handwritten] *Authorized Signatory Christina Henriksson*

Certified:
Date: 03192013          Signature: [*signature*]

Clarification of signature and job title:
Assistant, Police Authority of Jönköping County

Message as per 34 § 2 section DL:

Execution Date.................          Signature...................................

---

| | | |
|---|---|---|
| **Mailing Address**<br>103 33 Stockholm | Telephone<br>08-405 45 000 | E-mail: birs@regeringskansliet.se |
| Street Address<br>Drottninggatan 16 | Fax<br>08-405 46 76 | |



**DELGIVNINGSKVITTO**

**REGERINGSKANSLIET**

Diarienummer: JuBC2013/791/BIRS

**Justitiedepartementet**

*Enheten för brottmålsärenden och
internationellt rättsligt samarbete (BIRS)
Centralmyndigheten
Telefon 08-4054500
Telefax 08-4054676
E-post birs@regeringskansliet.se*

Sökt juridisk person:

**Olsbergs Hydraulics Aktiebolag   556191-4101
BOX 17
575 21 EKSJÖ**

Försändelsen kvitteras:

*[signature]*

Försändelsen har lämnats till:

☒ Behörig företrädare

Mottagarens namn och anknytning till den sökte/befattning:

FIRMATECKNARE CHRISTINA HENRIKSSON

**Intygas:**

Datum: 130319   Namnteckning: J. Sand

Namnförtydligande och titel:

assistent Polisen Jouk Lan

**Meddelande enligt 34 § 2 st DL:**

exp.datum..................   sign....................................

*Postadress*
103 33 Stockholm

*Telefon*
08-405 45 000

*E-post:* birs@regeringskansliet.se

*Besöksadress*

*Telefax*